RECEIVED
NOV 20 2006
CHAMBERS, U.S. DISTRICT JUDGE
JOHN W SEDWICK

United States
v.
Timothy E Beckett

In the united states district Court for the 9th district of Aluska

No. A02-007-CR

Motion to dismiss indictment and conviction on jurisdictional Claim

Comes now Timothy E Beckett, filing prose respectfully request that this Honorable Court dismiss his indictment and conviction because the government did not present sufficient evidence at trial to prove a nexus between interstate commerce and conduct sufficient to support Hobbs Act Jurisdiction under any three prongs of the Lynch test.

## Statement of facts

On January 16 an indictment for Hobbs Act And brandishing a firearm. The defendant went to trial and was convicted on all counts. In the indictment and during trial no evidence was shown to a jury of how the defendant affected interstate commerce. The Government provided no evidence to the court or jury that the defendant stopped, obstructed or delayed the interstate commerce law from one state to another.

In Conclusion, the defendant request that the Honorable Court dismiss the indictment and conviction on the basis that the government had no jurisdiction to prosecute. The defendant also request that the court appoint him Counsel to further litigate the jurisdictional claim.

Respectfully Submitted.
Nov. 14, 2006

Timothy E Beckett