NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>                        Plaintiff,        )<br>                                                            )<br>            vs.                                          )<br>                                                            )<br>GABRIEL CLARK-AIGNER,         )<br>                                                            )<br>                        Defendants.    ) | No.  3:02-cr-00007-JWS<br><br>**NOTICE OF SUBSITUTION OF COUNSEL** |

COMES NOW the United States Attorney's Office, by and through Frank V. Russo, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.  The government requests that the Court no longer serve pleadings in the above-captioned case on AUSA, John Novak, now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

>Frank V. Russo
>Assistant U.S. Attorney
>222 West 7th Avenue, Room 253, #9
>Anchorage, AK  99513-7567
>(907) 271-5071
>Fax: (907) 271-1500
>E-mail: frank.russo@usdoj.gov

RESPECTFULLY SUBMITTED this 5th day of October, 2007 at Anchorage, Alaska

>NELSON P. COHEN
>United States Attorney
>
>s/ Frank V. Russo
>FRANK V. RUSSO
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Rm. 253
>Anchorage, Alaska  99513-7567
>Phone: 907-271-5071
>Fax: 907-271-1500
>Email: frank.russo@usdoj.gov

Certificate of Service
I declare hereby certify that on October 5, 2007
a copy of the foregoing was served electronically
 on:

Valerie Brown
Michael Dieni, FPD

  s/Frank V. Russo
Office of the U.S. Attorney